IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**EQUITABLE GATHERING EQUITY, LLC**,
a Delaware limited liability company,
**EQUITABLE PRODUCTION COMPANY**,
a Pennsylvania corporation,

       Plaintiffs,

v.                Civil Action No. 07-0725

**DYNAMIC ENERGY, INC.**,
a West Virginia Corporation,

       Defendant.

## NOTICE OF SATISFACTION OF JUDGMENT

**PLEASE TAKE NOTICE** that the Plaintiffs, on the 7th day of January, 2009, in the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, obtained judgment against the Defendant, Dynamic Energy, Inc., in the amount of $204,206.35. Said judgment has now been fully satisfied.

**NOW THEREFORE**, satisfaction of this judgment in the amount of $204,206.35 is hereby acknowledged and the Clerk of the Court is authorized and directed to cancel, satisfy and discharge the judgment in the amount of $204,206.35, which was paid in full as of February 16, 2009.

**FURTHER**, the release/discharge granted hereunder shall not be deemed to release or waive any portion of unsatisfied interest as reflected in that certain Amended Judgment Order entered February 2, 2009, whereby the foregoing judgment was amended by the Court to include recovery of interest.

**EQUITABLE PRODUCTION COMPANY**
**EQUITABLE EQUITY GATHERING, LLC**
By Counsel

**LEWIS, GLASSER, CASEY & ROLLINS, PLLC**

By: /s/ Spencer D. Elliott
John A. Rollins (WV Bar #3165)
Richard L Gottlieb (WV Bar #1447)
Spencer D. Elliott (WV Bar #8064)
Suite 700, BB&T Square
P.O. Box 1746
Charleston, WV 25326
(304) 345-2000
Facsimile (304) 343-7999

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**EQUITABLE GATHERING EQUITY, LLC**,
a Delaware limited liability company,
**EQUITABLE PRODUCTION COMPANY**,
a Pennsylvania corporation,

                                  Plaintiffs,

v.                                                                                                  Civil Action No. 07-0725

**DYNAMIC ENERGY, INC.**,
a West Virginia Corporation,

                                  Defendant.

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 24, 2008, he served the foregoing, postage pre-paid, to the address noted and/or by electronic service.

                                Lawrence E. Morhous, Esq.
                                M. Hudson McClanahan, Esq.
                                BREWSTER, MORHOUS, CAMERON, CARUTH,
                                  MOORE, KERSEY & STAFFORD, PLLC
                                P. O. Box 529
                                Bluefield, West Virginia 24701


                                                  /s/ Spencer D. Elliott